FILED

AUG 27 2007

U.S. DISTRICT COURT
ELKINS WV 26241

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DAVID E. THOMPSON, Substitute Trustee,

Plaintiff,

v.                                                              Civil Action No. 2:03 CV 43
                                                                (Maxwell)

UNITED STATES GOVERNMENT,
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE;
WEST VIRGINIA BUREAU OF EMPLOYMENT
PROGRAMS, WORKERS' COMPENSATION
DIVISION; WEST VIRGINIA BUREAU OF
EMPLOYMENT PROGRAMS, UNEMPLOYMENT
COMPENSATION DIVISION; and
WEST VIRGINIA DEPT OF TAX AND REVENUE
                                    Defendants.

## ORDER

It will be recalled that on April 16, 2004, Magistrate Judge John S. Kaull entered

an Order in the above-styled civil action directing the Plaintiff to pay the balance of

monies he held in escrow, after payment of authorized attorney fees, into the general

receivership of the United States Court for the Northern District of West Virginia. On

April 23, 2004, Plaintiff paid $63,663.81 into the general receivership.

Upon review of the record before the Court, it appears that the entirety of the

monies held by the Court are encumbered by those liens, as set forth in the Complaint,

and are to be held by the Clerk of Court for the Northern District of West Virginia until

those creditors, which have been made parties to this suit, come forward and state their

claims. Accordingly, it is hereby

**ORDERED** that each named creditor, which has been made a party to this civil

action, shall come forward and file with the Court, by **September 10, 2007,** their

requests for payment and memorandums of law setting forth their positions on priority

of the liens at issue in the above-styled civil action, and their recommendations to the

Court for distribution.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**ENTER:** August 27th, 2007

United States District Judge