IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DAVID E. THOMPSON, <br> SUBSTITUTE TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, ET AL. <br><br> Defendants. | Civil Case No. 2:03cv43 |

FILED
SEP 11 2007
U.S. DISTRICT COURT
ELKINS WV 26241

## ORDER

Having considered the United States' motion for payment, to which the West Virginia Bureau of Employment Services consents, the Court concludes that the motion ought to be granted. Accordingly, it is this 11th day of September, 2007, at Elkins, West Virginia

ORDERED that the United States motion for payment is GRANTED;

ORDERED that the amount of $1,847.11 be paid to the West Virginia Bureau of Employment Services from the funds being held in the General Receivership of the United States Court for the Northern District of West Virginia;

ORDERED that the remainder of these funds being held in the General Receivership in this matter be paid to the United States Department of the Treasury;

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044

David E. Thompson, Esquire
Substitute Trustee
Busch & Talbott, L.C.
P.O. Box 1819
Elkins, WV 26241

Mary B. McLaughlin, Esquire
WORKFORCE WEST VIRGINIA
Legal Section (5107)
West Virginia Bureau of Employment Programs
112 California Avenue
Charleston, WV 25305-0112

West Virginia Department of Tax and Revenue
Legal Department
P.O. Box 766
Charleston, WV 25323-0766